00003    Fairchild Medical   Yreka, Ca   465 John W. Reger, Trustee
280 Hemsted, Suite #C
Redding, CA 96002

**FILED**

JUL - 2 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

CUMMINS, THEODORE EARL
CUMMINS, KATHLEEN L.

Debtor(s)

Case No. 04-30121-A

Chapter 7

*Amended*

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find attached hereto check number <CheckNo> in the amount of <CheckAmt>, representing the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 00003 | Fairchild Medical YRekda, Ca | 465.08 | 28.62 |
| 000018 | Meridan Resources Wakasha, WI | 68577.43 | 4221.08 |
| | | Total Unclaimed Dividends: | 4249.70 |

Dated: July 2, 2015

_____
John W. Reger, Bankruptcy Trustee



2004-30121

[ P 1 ]